# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tonya N. Stottlar**
    Plaintiff
  v.                     CASE NUMBER: 5:13-cv-0047 (TJM)

**Carolyn W. Colvin**
    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for judgment on the pleadings is DENIED, Defendant's motion for judgment on the pleadings is GRANTED, and the Court AFFIRMS the final decision of the Commissioner

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 13th day of August, 2014.

DATED: August 13, 2014

_Lawrence K. Baerman_
Clerk of Court

s/ Michelle Coppola
Deputy Clerk